# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 AUG 20 P 2: 40

CLERK OF COURT

(Full name of plaintiff(s))

Mark E Rahoi

v.

(Full name of defendant(s))

Internal Revenue Service

Case Number:

**20-C-1289**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

   __2076 S 68th Apt 3 West Allis Wi 53219__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Internal Revenue Service__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Mark Rahoi is 56 years old on SSI, disabled and independent is suing the

Internal Revenue Service for deliberate indifference to my disability, economic income

and discrimination for the following reasons. On April 2nd of 2020 I filed a 2019 paper

tax form and sent it in by mail to receive my stimulus check because that's what I was

told to do and if you make under $ 12.500 you can't file electronically which is a form of

income discrimination and deliberate indifference to my disability. Than on April 13th I

went online to the now IRS free non-filers website and filled out the same 1040 form

thinking I would get my stimulus check faster because I'm in financial straights. This is

where the problem starts. After 2 months I contacted the IRS on June 24th and was told

that I was not eligible for the stimulus check because the IRS computer said I checked the

box that says someone could claim me as a dependent on the non-filers form. Knowing I didn't check that box I went back to the IRS website and that box wasn't checked so I printed up the form took pictures of my computer screen and took screenshots of my form from the IRS website. On June 25th and July 27th I contacted the IRS both times I told them what I was seeing on my computer screen to no avail, was still told I wasn't eligible for the stimulus check because their computer said I checked the dependent box. Getting nowhere I contacted Senator Tammy Baldwin's office on June 27th by email and explained what was going on. On June 28th I was called by Jon Wachter of Tammy Baldwin's Madison office we spoke and was told he was mailing me a privacy release form which I filled out and mailed back. On June 30th I emailed Mr Wachter my username and password to the IRS non-filers website so he could confirm my complaints. On July 6th I filed a complaint with Tigta of the Treasury Department where you file complaints against the IRS to no avail on Aug 2nd I filed a complaint with the Director of Operations of the IRS in Washington D.C with the complaint I included a copy of the printed up 1040 and a screen shot again to no avail. Than on Aug 7th after inquiries by Senator Tammy Baldwin I was contacted by the IRS agent Ms Monroe #100307255 who explained to me that she did her own investigation and found no one claimed me as a dependent and I was in the right but there was nothing she could do because their computer said that someone could claim me as a dependent and there were glitches and she couldn't get into the computer to change it! So the basis of my suit is this, such an important government agency as the II

Complaint – 3

IRS is letting artificial intelligence and/ or a computer make important decisions about the eligibility for stimulus checks affecting millions of Americans without human input or interaction. That's just wrong and Mr Rahoi is seeking damages for deliberate indifference to his economic income,disability,income discrimination,pain and suffering,stress anguish and severe embarrassment.

Complaint 4

C.  JURISDICTION

■  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm suing for $500.000 and want the Internal Revenue Service to make it public to the

American people that it is relying on artificial intelligence or in other words a computer to

make decisions that effect everyone without human input or interaction.

Complaint – 4

Case 2:20-cv-01289-BHL     Filed 08/20/20     Page 5 of 6     Document 1

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19__ day of __August__ 20__20__.

Respectfully Submitted,

_Mark Rahoi_
Signature of Plaintiff

__414-793-6024__
Plaintiff's Telephone Number

__rahoim6@gmail.com__
Plaintiff's Email Address

__2076 S 68th Apt 3 West Allis Wi 53219__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.