# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARK E. RAHOI,

           Plaintiff,

           v.                            Case No. 20-CV-1289

INTERNAL REVENUE SERVICE,

           Defendant.

## ORDER THAT THE PLAINTIFF RETURN THE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FORM

    Pursuant to the standing order of the Chief Judge, all parties must complete and return the "Consent to Proceed Before a Magistrate Judge" form within 21 days of receiving it. The Clerk's Office mailed the plaintiff the form on August 20, 2020. (ECF No. 3.) As stated by the Chief Judge in her standing order, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**."

    The plaintiff has failed to timely return the form. Therefore, the court now orders the plaintiff to submit the completed "Consent to Proceed Before a Magistrate Judge" form within 21 days of this order. **If the plaintiff fails to return the completed form**

**within 21 days of the date of this order, the court will recommend that this action be dismissed for failure to prosecute**. *See* Civ. L.R. 41(c) (E.D. Wis.).

If the plaintiff no longer wishes to pursue this action, the plaintiff must promptly notify the court.

The Clerk shall provide the plaintiff a copy of the form along with this order.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 1st day of October, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge

2
Case 2:20-cv-01289-WED   Filed 10/01/20   Page 2 of 2   Document 4